UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS DANE SANDERS,<br><br>Petitioner,<br><br>v.<br><br>ANDRE MATEVOUSIAN,<br><br>Respondent. | No. 2:17-cv-2373 KJN P<br><br>ORDER |

Petitioner, a federal prisoner proceeding without counsel, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2241. Petitioner is incarcerated at Atwater U.S. Penitentiary located in Atwater, California.

Petitioner alleges that he is challenging constitutional violations committed by prison officials in executing his sentence. However, petitioner's claims for relief all challenge conditions of confinement at Atwater U.S. Penitentiary. In claim one, petitioner alleges that prison officials violated his right to access the courts by failing to process his administrative grievances. In claim two, petitioner alleges that prison officials violated his rights by restricting his "general corresponding." In claim three, petitioner alleges that prison officials violated his rights by restricting his incoming mail. Finally, in claim four, petitioner alleges that prison officials violated his rights by restricting him from receiving books from publishers, books stores and book clubs.

1

Because petitioner challenges the conditions of his confinement, the undersigned construes this action as a <u>Bivens</u> action. <u>See</u> <u>Biven v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). The alleged violations took place in Merced County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: November 20, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

San2373.tra